

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-21-00417-CR

Geovanni Jesus **ALVAREZ-RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7830
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED. The clerk's record is due on December 10, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court